

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of J.R.R. and
R.N.R., children,

\* From the 446th District Court
  of Ector County,
  Trial Court No. E-19-050-PC.

No. 11-20-00273-CV

\* May 28, 2021

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed.